Vincent Ferraiuolo
v.
State of Conn.,
John G. Rowland
Jack L. Grogins

Bridgeport
U.S.D.C.
April 25, 2004

Docket no. 3:00 CV 572 (EBB)

**FILED**
2004 JUN 18 P 4:04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Motion to Proceed

The Plaintiff requests a motion to proceed be granted so that he can get a hearing on the above docketed case as soon as possible, thus requesting that the case of Ferraiuolo v. Grogins be reopened as soon as possible.

Vincent G. Ferraiuolo
The Plaintiff
Garner Corr.
50 Nunnawauk Rd.
Newton, Ct., 06470
273546   F-621
  Id.      Cell

Certification - Order

A copy of the above has been served on all parties of record on April 25, 2004.

Vincent G. Ferraiuolo
The Plaintiff

_____
The Court
Granted or Denied